UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-12-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| LATWON MONROE JAMES | |

On motion of the Defendant, Latwon Monroe James, and for good cause shown, it is hereby ORDERED that the **[DE 42]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **5** day of **May** 2016.

JAMES C. DEVER, III
Chief United States District Judge