IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CR-12-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LATWON JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

On March 20, 2018, Latwon James ("James") moved for early termination of his supervised release [D.E. 60]. The Probation Office evaluated James's request and recommended denying the motion. On August 2, 2018, the government responded in opposition [D.E. 61]. The court has reviewed the motion and the record. The motion [D.E. 60] is DENIED.

SO ORDERED. This 8 day of August 2018.

JAMES C. DEVER III
Chief United States District Judge