IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CR-12-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LATWON JAMES, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motion for early termination of supervised release [D.E. 63] not later than May 10, 2019.

SO ORDERED. This 26 day of April 2019.

JAMES C. DEVER III
United States District Judge