IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-12-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| LATWON MONROE JAMES | ) |
| | ) |
| Defendant | ) |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 46 be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed document to the United States Attorney and Defendant's attorney.

SO ORDERED. This **26** day of April 2019.

JAMES C. DEVER III
United States District Judge