IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CR-12-D

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LATWON JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

On August 8, 2018, the court denied Latwon James ("James") first motion to terminate his three-year term of supervised release. See [D.E. 62]. On February 11, 2019, Latwon James ("James") filed a second motion to terminate his three-year term of supervised relief after completing nearly two years of supervision. See [D.E. 63]. On May 9, 2019, the government responded in opposition [D.E. 66]. The court has reviewed the motion and the record. James's motion to terminate his three-year term of supervised release [D.E. 63] lacks merit and is DENIED. See [D.E. 66].

SO ORDERED. This 4 day of June 2019.

JAMES C. DEVER III
United States District Judge